IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MICHAEL MUNRO,

    Petitioner,                    No. CIV S-07-1404 LEW EFB P

    vs.

R. SUBIA, et al.,

    Respondents.            ORDER

                                /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 11, 2008, respondent filed a request for an extension of time to file and serve an answer to the petition. *See* Fed. R. Civ. P. 6(b). Petitioner has opposed the request for extension of time. On July 8, 2008, respondent filed his answer.

    Good cause appearing, it is ORDERED that respondent's June 11, 2008, request is granted and the July 8, 2008, answer is deemed timely filed. Petitioner's reply, if any, shall be filed within thirty (30) days.

Dated: July 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE