1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MICHAEL MUNRO,

         Petitioner,

    v.

R. J. SUBIA, *et al.*,

         Respondents.

CASE NO. 2:07-cv-01404-RSL-JLW

ORDER STRIKING PETITIONER'S
MOTIONS FOR SUMMARY JUDGMENT,
DEFAULT JUDGMENT, AND EVIDENTIARY
HEARING, AND DENYING PETITIONER'S
MOTION TO TRANSFER CASE

Petitioner is a state prisoner at the Mule Creek State Prison in Ione, California. He is

proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is challenging the Board of Parole Hearing's February 9, 2005, decision finding

petitioner unsuitable for parole. Currently before the Court are petitioner's motions for summary

judgment, default judgment, evidentiary hearing, and transfer of this case to the Central District

of California. This Court, having reviewed these motions, petitioner's arguments, and the

balance of the record, concludes petitioner's motions should not be granted.

ORDER REGARDING PETITIONER'S MOTIONS -1

Respondent requested an extension of time to file an Answer to the Petition on June 11,

2008. (*See* Dkt. No. 12.) On June 16, 2008, petitioner moved for summary judgment on the

basis that respondent had not timely filed the Answer. (*See* Dkt. No. 13.) On July 10, 2008,

petitioner filed a request for entry of default judgment against respondent on the same basis.

(*See* Dkt. No. 17.) The Court granted respondent's request for an extension of time and deemed

the Answer timely filed on July 11, 2008. (*See* Dkt. 16.) Accordingly, petitioner's "Motion to

Enter Summary Judgment Against Defendants For Failure to Reply or Respond" (Dkt. No. 13)

and "Petition to Enter Default Judgment Against Respondent and Order Release of Petitioner"

(Dkt. No. 17) are STRICKEN from the record as moot.

Petitioner also filed a motion for an evidentiary hearing on August 21, 2008. (*See* Dkt.

No. 20.) This Court will determine whether an evidentiary hearing is appropriate in due course,

while evaluating the merits of the Petition. This Court construes petitioner's motion as an

unnecessary supplemental pleading because it repeats the arguments set forth in the Petition.

Petitioner's "Petition for Evidentiary Hearing: Memorandum of Points of Authorities" (Dkt. No.

20) shall therefore be STRICKEN from the record as duplicative.

Finally, petitioner filed a motion on December 1, 2008, to transfer this case from the

Eastern District to the Central District of California due to the alleged appearance of bias or

prejudice of judges in the Eastern District of California. (*See* Dkt. No. 24.) This case was

reassigned to this Court from the Eastern District of California on November 25, 2008 (*see* Dkt.

ORDER REGARDING PETITIONER'S MOTIONS -2

No. 25), prior to the filing of this motion.  Petitioner's "Petition to Transfer Case to Central District Due to Bias Court" (Dkt. No. 24) is DENIED as moot.

It is therefore ORDERED:

(1)  Petitioner's "Motion to Enter Summary Judgment Against Defendants For Failure to Reply or Respond" (Dkt. No. 13) and "Petition to Enter Default Judgment Against Respondent and Order Release of Petitioner" (Dkt. No. 17) are STRICKEN from the record as moot;

(2)  Petitioner's  "Petition for Evidentiary Hearing: Memorandum of Points of Authorities" (Dkt. No. 20.) is STRICKEN from the record as duplicative; and

(3) Petitioner's "Petition to Transfer Case to Central District Due to Bias Court" (Dkt. No. 24) is DENIED as moot.

The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.


Dated this __13__ of February, 2009.


JOHN L. WEINBERG
United States Magistrate Judge


ORDER REGARDING PETITIONER'S MOTIONS -3