UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MICHAEL MUNRO,

   Petitioner,

  v.

R. J. SUBIA, *et al.*,

   Respondents.

CASE NO. 2:07-cv-01404-RSL-JLW

ORDER DENYING PETITIONER'S MOTIONS FOR A COURT ORDER STAYING FUTURE PAROLE HEARINGS, BOARD REPORTS, AND MENTAL HEALTH EVALUATIONS

The Court, having reviewed petitioner's motions seeking a court order staying future parole hearings, board reports, and mental health evaluations, the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's "Petition for a Court Order to Stay Any Further Parole Hearings Pending the Outcome of Petitioner's Case" (Dkt. No. 3), "Petition for a Court Order to Stay All Future Parole Hearings" (Dkt. No. 10), and "Motion for a Court Order to Stay All Future Parole Hearings" (Dkt. No. 11) are DENIED.

ORDER-1

1 | The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John L. Weinberg.

DATED this 23rd day of April, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER-2